# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| PAUL ALAN HILEMAN, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:19-cv-62-PLC |
| JOSEPH ALVAREZ, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon plaintiff Paul Alan Hileman's Motion to Withdraw Complaint. (Docket No. 4). The motion is largely illegible, but it is clear that plaintiff asks the Court to withdraw his complaint. The Court construes plaintiff's motion as a notice of voluntary dismissal filed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and will order the dismissal of this case, without prejudice. This dismissal will not count as a "strike" under 28 U.S.C. § 1915(g).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's Motion to Withdraw (Docket No. 4) is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is **DISMISSED**, without prejudice. A separate order of dismissal will be entered herewith.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

Dated this __22nd__ day of January, 2019.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE